[No. 11289–9–I.   Division One.   June 25, 1984.]

MARGARET HARDY, *Appellant,* v. THE STATE OF
WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 80–2–03678–5, James D. McCutcheon, Jr., J.,
entered January 18, 1982. *Affirmed* by unpublished opinion
per Williams, J., concurred in by Callow and Ringold, JJ.
Now published at 38 Wn. App. 399.

[No. 10637–6–I.   Division One.   June 25, 1984.]

ARTHUR DONALD WATKINS, ET AL, *Respondents,* v.
GEORGE LEE BAIRD, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 852252, Jim Bates, J., entered July 14, 1981.
*Reversed* and *remanded* by unpublished opinion per Swan-
son, J., concurred in by Durham, C.J., and Scholfield, J.

[No. 11259–7–I.   Division One.   June 25, 1984.]

BLANCHE O. PEEPLES, ET AL, *Respondents,* v. THE
PORT OF BELLINGHAM, *Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 48893, Jack S. Kurtz, J., entered January
8, 1982. *Affirmed* by unpublished opinion per Durham, C.J.,
concurred in by Ringold, J., and Johnsen, J. Pro Tem.